**Ryan M. Bledsoe, OSB No. 073296**
  Direct Telephone:  (503) 802-2120
  Direct Fax:  (503) 972-3820
  E-mail:  ryan.bledsoe@tonkon.com
**TONKON TORP LLP**
888 S.W. Fifth Avenue, 16th Floor
Portland, OR  97204

Attorneys for Plaintiff CityCraft Development LLC


**Ronald J. Clark, OSB No. 0880328**
Email: ron.clark@bullivant.com
**Adam E. Jones, OSB No. 152429**
Email: adam.jones@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204
Telephone: (502) 228-6351
Facsimile: (503) 295-0915

Attorneys for Defendant Travelers Property
Casualty Company of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CITYCRAFT DEVELOPMENT LLC, an Oregon limited liability company,<br><br>             Plaintiff,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign corporation,<br><br>             Defendant. | Civil No. 3:18-cv-00969-SB<br><br>**STIPULATION OF DISMISSAL** |

/ / /

/ / /

/ / /

**PAGE 1 – STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this action with prejudice and without fees or costs to any party.

IT IS HEREBY STIPULATED:

| TONKON TORP LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: */s/Ryan M. Bledsoe*<br>    Ryan M. Bledsoe, OSB No. 073296 | By: */s/ Ronald J. Clark*<br>    Ronald J. Clark, OSB No. 0880328<br>    Adam E. Jones, OSB No. 152429 |
| Attorneys for Plaintiff CityCraft Development LLC | Attorneys for Defendant Travelers Property Casualty Company of America |

**PAGE 2 – STIPULATION OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION OF DISMISSAL** on:

> Ronald J. Clark
> Email: ron.clark@bullivant.com
> Adam E. Jones
> Email: adam.jones@bullivant.com
> Bullivant Houser Bailey PC
> 300 Pioneer Tower
> 888 SW Fifth Avenue
> Portland, OR  97204
>
> Attorneys for Defendant

☒ by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below

☐ by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below

DATED this 11th day of December, 2019.

TONKON TORP LLP

By: */s/Ryan M. Bledsoe*
    Ryan M. Bledsoe, OSB No. 073296
    Attorneys for Plaintiff CityCraft
    Development LLC

038422/00002/10619188v1